UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gene M. Hogate, Jr., Trustee for the Heirs and Next-of-Kin of Gene M. Hogate, Sr., Decedent,<br><br>        Plaintiff,<br><br>v.<br><br>CITGO Petroleum Corporation, Stepan Company, Westlake Petrochemical Corporation, and Tauber Petrochemical Company,<br><br>        Defendants. | Civil Action No. 09-cv-03511(PAM/JSM) |

## ORDER

Based on the Stipulation for Dismissal with prejudice entered into by the parties hereto [filed as ECF Doc. No. 80], the above-captioned matter is hereby dismissed against Defendant Tauber Petrochemical Co (improperly captioned "Tauber Petrochemical Company") with prejudice and without costs, fees or disbursements to either party.

By the Court:

Dated: September  27 , 2010

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge