# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gene M. Hogate, Jr.,                                   Case No. 09-cv-03511-PAM-JSM
Trustee for the Heirs and Next-of-Kin of
Gene M. Hogate, Sr., decedent,

                     Plaintiff,

vs.

CITCO Petroleum Corporation and
Westlake Petrochemicals, LLC, f/k/a
Westlake Petrochemical Corporation,

                     Defendants.

## ORDER FOR JUDGMENT OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED THAT THE ADMINISTRATOR of this court forthwith enter judgment dismissing this action with prejudice, upon the merits, and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  December 1, 2011            s/Paul A. Magnuson
                                             **The Honorable Paul A. Magnuson**
                                             **United States District Court Judge**